UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GLORY EDUKERE,                                    )    Case No. CV 05-4227 RT

           Plaintiff,                             )    JUDGMENT

      v.                                                  )

UNITED STATES OF AMERICA,            )

          Defendant.                            )

_____ )

      The court filed its Findings of Fact and Conclusions of Law on July 21, 2008.  In accordance with the Findings of Fact and Conclusions of Law, IT IS ORDERED, ADJUDGED, and DECREED that:

      1.  Plaintiff Glory Edukere, a married woman, owns as her sole and separate property that real property in the City of Pomona, County of Los Angeles, State of California described as:  Lot 19 of Tract No. 34343 as per map recorded in Book 949, pages 66 to 68 of Maps of Record in the Office of County Recorder of said county, hereinafter "subject property."

      2.  Plaintiff Glory Edukere and Godwin Edukere have a pro tanto community property interest of an undetermined percentage in subject property; and

1       3.     Defendant United States of America as a judgment creditor of Godwin

2 Edukere has a valid lien pursuant to the judgment of restitution in *United States v.*

3 *Edukere*, CR 02-01273, on Godwin Edukere's undivided one-half interest in the community

4 property interest in the subject property.

5

6 DATED: <u>July 21, 2008</u>           <u>ROBERT J. TIMLIN</u>

7                                        ROBERT J. TIMLIN
                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28